**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 274 WAL 2023

Respondent

v.

JEMERE L. PEARSON,

Petitioner

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.